**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Outdoor By Design LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-4784928** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7839 Fruitville Road**  **Sarasota, FL 34240**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sarasota**  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL) _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Outdoor By Design LLC**
Name                                          Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **Outdoor By Design LLC** | | Case number (*if known*) | |
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Outdoor By Design LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2020**
                MM / DD / YYYY

**X** **/s/ Jerry Camp**                                    **Jerry Camp**
Signature of authorized representative of debtor           Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Benjamin G. Martin, Esq.**                  Date **May 29, 2020**
Signature of attorney for debtor                             MM / DD / YYYY

**Benjamin G. Martin, Esq.**
Printed name

**Law Offices of Benjamin Martin**
Firm name

**1620 Main Street, Ste. 1**
**Sarasota, FL 34236**
Number, Street, City, State & ZIP Code

Contact phone    **(941) 951-6166**          Email address

**464661 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Outdoor By Design LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 29, 2020**              X */s/ Jerry Camp*
                                              Signature of individual signing on behalf of debtor

                                              **Jerry Camp**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Outdoor By Design LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION</strong></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24Capital, LLC 31-10 37th Ave. Long Island City, NY 11101 | | 90 days or less: Accounts receivable | | $263,000.00 | $10.00 | $262,990.00 |
| Adecco Employment Services 2201 Cantu Ct #103 Sarasota, FL 34232 | | Labor | | | | $49,711.00 |
| Alpha Resources, LLC PO BOX 1550 Windermere, FL 34786 | | Maintenance | | | | $51,234.59 |
| Cima Energy Solutions PO Box 746225 Atlanta, GA 30374-6225 | | Gas contract | | | | $39,533.18 |
| Eastern Metal Supply Company 3600 23rd Ave South Lake Worth, FL 33461 | | Material | | | | $291,654.15 |
| Express Garden B1-101 & 201 40 Da Jung Zhong Road Guangzhou, China 510095 | | Materials | | | | $40,452.80 |
| Great Leisure USA, LLC 6264 Nesbit Road Fitchburg, WI 53719 | | Sun 3D Printer | | $80,000.00 | $25,000.00 | $55,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  __**Outdoor By Design LLC**__                              Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Green Capital Funding, LLC** 116 Nassau Street Suite 804 New York, NY 10038 | | **90 days or less: Accounts receivable** | | $249,083.66 | $233,200.00 | $249,083.66 |
| **James D. Milligan** P.O. Box 2057 Traverse City, MI 49685 | | **90 days or less: Accounts receivable** | | $348,000.00 | $233,200.00 | $348,000.00 |
| **Matthew McCormick** 390 Main Street Suite 2 Barrington, MA 02130 | | **Inventory and equipment** | | $207,583.00 | $10.00 | $207,573.00 |
| **Outdoor Experience** 5204 Beacon Road Palmetto, FL 34221 | | | | | | $74,999.99 |
| **PCA Corrugated & Display, LLC** PO Box 12485 Newark, NJ 07101-3585 | | **Materials** | | | | $134,007.26 |
| **Regions Bank** 201 Milan Parkway Birmingham, AL 35211 | | **Line of Credit** | | | | $100,280.27 |
| **Regions Bank** P.O. Box 11007 Birmingham, AL 35288-0001 | | **PPP loan** | **Contingent Unliquidated Disputed** | | | $613,300.00 |
| **RPC Florida, LLC** 14 Crestline Court Owings Mills, MD 21117 | | **Rent** | | | | $140,932.77 |
| **Superior Rigging & Erecting Co.** 3250 Woodstock Road Atlanta, GA 30316 | | **Services and equipment** | | | | $317,348.00 |
| **WebBank** c/o Can Capital, Inc. 2015 Vaughn Rd., N.W. Bldg 500 Kennesaw, GA 30144 | | **Loan** | | | | $163,400.00 |
| **WebBank** c/o Can Capital, Inc. 2015 Vaughn Rd., N.W. Bldg 500 Kennesaw, GA 30144 | | **Equipment** | | $163,400.00 | $10.00 | $163,390.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor   **Outdoor By Design LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WMCV Phase 3 SPE, LLC**<br>**Attn: General Counsel**<br>**475 S. Grand Central Pkwy**<br>**Suite 1615**<br>**Las Vegas, NV 89106** | | **Settlement** | | | | **$40,000.00** |
| **WWEX**<br>**801 Laurel Oak Drive**<br>**Suite 702**<br>**Naples, FL 34108** | | **Materials** | | | | **$50,867.04** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Outdoor By Design LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $     **3,090,093.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $     **3,090,093.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     **8,064,198.66**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **7,825.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **2,471,146.94**

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b     $     **10,543,170.60**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Outdoor By Design LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Operating account with Regions Bank** | **Checking** | **8435** | $175.00 |
| 3.2. | **Payroll acount with Regions Bank** | **Checking** | **5692** | $14,779.00 |
| 3.3. | **PPP account with Regions Bank** | **Checking** | **6109** | $291,594.00 |
| 3.4. | **Transfer account with Park Bank** | **Checking** | **9303** | $150.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $306,698.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Outdoor By Design LLC**                                 Case number *(If known)* _____
          Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **233,200.00**    –    **0.00**  = ....    **$233,200.00**
                              face amount               doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                        **$233,200.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Aluminum Extrusions, hardware items, table tops, powder coat paint, touch up paint, strap, sewing accessories, umbrellas, packaging boxes, molden plastic parts, and fabrics** | | **Unknown** | **Liquidation** | **$354,262.00** |
| 20. | **Work in progress** **West Indies, Island Bay, Island Bay II, Maui, Kalani, Amherst, Regatta, Production schedule and Menards** | | **Unknown** | **Liquidation** | **$216,822.00** |
| 21. | **Finished goods, including goods held for resale** **WI stock, caliber inventory and Sarasota show stock** | | **Unknown** | **Liquidation** | **$258,011.00** |
| 22. | **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Outdoor By Design LLC**                                    Case number *(If known)* _____
          Name

23.  **Total of Part 5.**                                                          | $829,095.00 |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2006 Dodge Caravan** | Unknown | Liquidation | $2,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| **49.** | **Aircraft and accessories** | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| **Sun 3D Printer** | Unknown | Liquidation | $25,000.00 |
| **Misc. equipment (see attached Exhibit A)** | Unknown | Liquidation | $1,694,100.00 |

51.  **Total of Part 8.**                                                          | $1,721,100.00 |
     Add lines 47 through 50.  Copy the total to line 87.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Outdoor By Design LLC**                                              Case number *(If known)*    _____
          <sub>Name</sub>

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **Outdoor By Design LLC**
Name

Case number *(If known)* _____

<table>
<tr><td style="background:#000;color:#fff">Part 12:</td><td>**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $306,698.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $233,200.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $829,095.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,721,100.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,090,093.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,090,093.00 |

| Fill in this information to identify the case: |
|---|

Debtor name __**Outdoor By Design LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**2.1  24Capital, LLC**
Creditor's Name

**31-10 37th Ave.**
**Long Island City, NY 11101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**90 days or less: Accounts receivable**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $263,000.00 | $10.00 |
|---|---|

**2.2  Great Leisure USA, LLC**
Creditor's Name

**6264 Nesbit Road**
**Fitchburg, WI 53719**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Sun 3D Printer**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $80,000.00 | $25,000.00 |
|---|---|

Debtor  **Outdoor By Design LLC**                                            Case number (if known) _____
         Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its   ☐ Disputed
relative
priority.

---

| 2.3 | **Green Capital Funding, LLC** | **Describe debtor's property that is subject to a lien** | $249,083.66 | $233,200.00 |
|---|---|---|---|---|

Creditor's Name

**116 Nassau Street**
**Suite 804**
**New York, NY 10038**
Creditor's mailing address

**90 days or less: Accounts receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Rosenthal and Rosenthal, Inc.**
**2. Green Capital Funding, LLC**
**3. James D. Milligan**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **James D. Milligan** | **Describe debtor's property that is subject to a lien** | $348,000.00 | $233,200.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2057**
**Traverse City, MI 49685**
Creditor's mailing address

**90 days or less: Accounts receivable**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Matthew McCormick** | **Describe debtor's property that is subject to a lien** | $207,583.00 | $10.00 |
|---|---|---|---|---|

Creditor's Name

**390 Main Street**
**Suite 2**
**Barrington, MA 02130**

**Inventory and equipment**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Outdoor By Design LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | Describe the lien |
|---|---|---|
| | Creditor's mailing address | |
| | | **Is the creditor an insider or related party?** |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ■ No |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| | ■ No | ☐ Contingent |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | | ☐ Disputed |

---

| 2.6 | **Rosenthal and Rosenthal, Inc.** | Describe debtor's property that is subject to a lien | $6,753,132.00 | $233,200.00 |
|---|---|---|---|---|
| | Creditor's Name | **Accounts receivable, equipment, and inventory** | | |
| | **1370 Broadway New York, NY 10018** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Non-Purchase Money Security** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.3** | ☐ Disputed | | |

---

| 2.7 | **WebBank** | Describe debtor's property that is subject to a lien | $163,400.00 | $10.00 |
|---|---|---|---|---|
| | Creditor's Name | **Equipment** | | |
| | **c/o Can Capital, Inc. 2015 Vaughn Rd., N.W. Bldg 500 Kennesaw, GA 30144** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Debtor    **Outdoor By Design LLC**

Name           Case number (*if known*)

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $8,064,198.66

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 4 of 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  

| Fill in this information to identify the case: |
|---|

Debtor name  **Outdoor By Design LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,825.00 | $7,825.00 |
|---|---|---|---|---|

**Florida Dept. of Revenue
5050 W. Tennesssee St.
Tallahassee, FL 32399-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.42 |
|---|---|---|---|

**AAP Indutrial
1634 Barber Road
Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance**

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,865.65 |
|---|---|---|---|

**Action Upholstery
2227 72nd Ave E
Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0248**

Basis for the claim:  **Materials**

Is the claim subject to offset?  ☑ No  ☐ Yes

| Debtor | **Outdoor By Design LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,830.90** |
|---|---|---|---|

**Ad-Vance Talent**
**3911 Golf Park Loop**
**Suite 103**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Labor__

Last 4 digits of account number __0800__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,711.00** |
|---|---|---|---|

**Adecco Employment Services**
**2201 Cantu Ct #103**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Labor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,895.24** |
|---|---|---|---|

**Airgas**
**PO Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.02** |
|---|---|---|---|

**Alarm & Entertainment Services, Inc**
**3317 North Chamberlain Blvd**
**North Port, FL 34286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,852.70** |
|---|---|---|---|

**Aldora Aluminum & Glass**
**PO Box 41087**
**Charleston, SC 29423-1087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Materials__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,234.59** |
|---|---|---|---|

**Alpha Resources, LLC**
**PO BOX 1550**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Maintenance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$691.18** |
|---|---|---|---|

**Amerian Industrial Truck Service**
**3547 53rd Ave W**
**Bradenton, FL 34210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Maintenance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Outdoor By Design LLC** | Case number (if known) | |
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $475.00 |
|---|---|---|---|
| | **Anne C. Hazell**<br>**103 North Lane**<br>**Osprey, FL 34229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Material__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,052.50 |
|---|---|---|---|
| | **Art Precision Metal Products**<br>**1465 Strong Ave**<br>**Copiague, NY 11726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Material__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,554.00 |
|---|---|---|---|
| | **AT Mold**<br>**2451 NW 77th Terrace**<br>**Miami, FL 33147** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Maintenance__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,700.00 |
|---|---|---|---|
| | **Badger Bob's Plumbing**<br>**215 Interstate Blvd.**<br>**Sarasota, FL 34240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Materials__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|
| | **Benada Aluminum**<br>**PO Box 1209**<br>**Winter Park, FL 32790-1209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Materials__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72.00 |
|---|---|---|---|
| | **Benefit Intelligence Inc.**<br>**4862 Baseline Rd #101**<br>**Mesa, AZ 85206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,102.59 |
|---|---|---|---|
| | **Bill Echols**<br>**5204 Beacon Road**<br>**Palmetto, FL 34221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Outdoor By Design LLC**

Name    Case number *(if known)*

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,034.57 |
|------|-----|-----|-----|
| | **CEC Motor and Utility Services**<br>**14555 Barber Ave**<br>**Warren, MI 48088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Maintenance** | |
| | Last 4 digits of account number  **282** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,533.18 |
|------|-----|-----|-----|
| | **Cima Energy Solutions**<br>**PO Box 746225**<br>**Atlanta, GA 30374-6225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Gas contract** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $952.51 |
|------|-----|-----|-----|
| | **Cintas Fire**<br>**PO Box 525414**<br>**Cincinnati, OH 45263-6525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.64 |
|------|-----|-----|-----|
| | **Coastal Construction Products**<br>**3401 Phillips Hwy**<br>**Jacksonville, FL 32207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Material** | |
| | Last 4 digits of account number  **5036** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.84 |
|------|-----|-----|-----|
| | **Commercial Fire & Communicatons**<br>**PO Box 1350**<br>**Largo, FL 33779-1350** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,277.90 |
|------|-----|-----|-----|
| | **Commerical Visions**<br>**Tammy Camp**<br>**2413 Donoma Dr W**<br>**Nokomis, FL 34275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,277.90 |
|------|-----|-----|-----|
| | **Compressed Air Systems**<br>**9303 Stannum Street**<br>**Tampa, FL 33619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Maintenance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Outdoor By Design LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address**
**Cool Today Plumbing**
**6143 Clark Center Ave.**
**Sarasota, FL 34238**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$292.00**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Copies Plus Inc.**
**1680 South Tamiami Trail**
**Unit B**
**Venice, FL 34293-1601**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$600.08**

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Cornerstone Global Services**
**5550 Executive Drive**
**Suite 240**
**Tampa, FL 33609**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Software maintenance__

Is the claim subject to offset? ☐ No ☐ Yes

**$6,284.50**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Coverall**
**2955 Momemtum Place**
**Chicago, IL 60689**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$728.46**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Department of Financial Services**
**Division of Worker's Compensation**
**Tallahassee, FL 32314**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Worker's compensation penalty__

Is the claim subject to offset? ■ No ☐ Yes

**$32,936.65**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Eastern Metal Supply Company**
**3600 23rd Ave South**
**Lake Worth, FL 33461**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Material__

Is the claim subject to offset? ■ No ☐ Yes

**$291,654.15**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Edmunds Metal**
**6111 15th Street East**
**Bradenton, FL 34203**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Material__

Is the claim subject to offset? ■ No ☐ Yes

**$695.00**

---

Debtor   **Outdoor By Design LLC**
_____        Case number (*if known*) _____
                Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|
| | **Executive Express Carrier Services** | ☐ Contingent | |
| | **2510 Tamiami Trail N #A** | ☐ Unliquidated | |
| | **Nokomis, FL 34275** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,452.80** |
|---|---|---|---|
| | **Express Garden** | ☐ Contingent | |
| | **B1-101 & 201** | ☐ Unliquidated | |
| | **40 Da Jung Zhong Road** | ☐ Disputed | |
| | **Guangzhou, China 510095** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Materials__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107.00** |
|---|---|---|---|
| | **Fahey Pest & Lawn Maintenance** | ☐ Contingent | |
| | **PO Box 4093** | ☐ Unliquidated | |
| | **Sarasota, FL 34230** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,882.56** |
|---|---|---|---|
| | **Fasco Distributors** | ☐ Contingent | |
| | **4450 Greenwood Stables** | ☐ Unliquidated | |
| | **Sarasota, FL 34235** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Materials__ | |
| | Last 4 digits of account number  __4425__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.35** |
|---|---|---|---|
| | **Fastenal** | ☐ Contingent | |
| | **PO Box 978** | ☐ Unliquidated | |
| | **Winona, MN 55987-0978** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Materials__ | |
| | Last 4 digits of account number  __1891__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459.24** |
|---|---|---|---|
| | **FedEx  Parcel** | ☐ Contingent | |
| | **PO Box 660481** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0481** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  __3503__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.89** |
|---|---|---|---|
| | **FedEx Freight** | ☐ Contingent | |
| | **PO Box 223125** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15251-2125** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  __3503__ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Outdoor By Design LLC**
_____          Case number (if known) _____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $322.66 |
|---|---|---|---|

**Final Finish**
**1510 9th St W**
**Bradenton, FL 34205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.00 |
|---|---|---|---|

**FL Elevator**
**4230 Derek Way**
**Sarasota, FL 34233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,637.28 |
|---|---|---|---|

**Four Winds Network**
**72 Saraosta Center Blvd.**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**GS1**
**PO Box 78000**
**Detroit, MI 48278-1271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,926.25 |
|---|---|---|---|

**International Casual Furnishings**
**1912 Eastchester Drive**
**Suite 100**
**High Point, NC 27265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.06 |
|---|---|---|---|

**Jive Communications**
**2570 W. 600 N.**
**Lindon, UT 84042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,588.85 |
|---|---|---|---|

**K-M Industrial Products, Inc.**
**PO Box 1285**
**620 Monroe St**
**Oxford, GA 30054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Materials__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Outdoor By Design LLC_____    Case number *(if known)* _____
Name

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,420.72** |
|------|---|---|---|

**Lample Stamping and Manufacturing**
**2908 29th ave East, Suite B**
**Bradenton, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Materials__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$172.34** |
|------|---|---|---|

**Mac Papers**
**PO Box 930513**
**Atlanta, GA 31193-0513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,134.65** |
|------|---|---|---|

**MLC Cad Systems**
**4625 W William Cannon Drive**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,999.99** |
|------|---|---|---|

**Outdoor Experience**
**5204 Beacon Road**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,396.00** |
|------|---|---|---|

**Palm Printing**
**6001-A Business Blvd**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,320.22** |
|------|---|---|---|

**Patio Products**
**4201 North Dixie Hwy**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0332__

**Basis for the claim:** __Materials__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134,007.26** |
|------|---|---|---|

**PCA Corrugated & Display, LLC**
**PO Box 12485**
**Newark, NJ 07101-3585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Materials__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Outdoor By Design LLC**
_____   Case number _(if known)_   _____
Name

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$4,236.50** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Peidmont Plastics**
**PO Box 931291**
**Atlanta, GA 31193-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,324.80** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Pillows & Fibers Inc.**
**605 West 17th Street**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$752.95** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Porter Precision Products**
**2734 Banning Road**
**Cincinnati, OH 45239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$979.50** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Quest Diagnostics**
**PO Box 740709**
**Atlanta, GA 30374-0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  **6128**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$100,280.27** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**Regions Bank**
**201 Milan Parkway**
**Birmingham, AL 35211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Line of Credit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$23,351.80** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**Regions Bank**
**P.O. Box 11007**
**Birmingham, AL 35288-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$613,300.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**Regions Bank**
**P.O. Box 11007**
**Birmingham, AL 35288-0001**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **PPP loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Outdoor By Design LLC** | Case number (if known) | |
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,230.85** |
| | **Revenue Systems Inc** | ☐ Contingent | |
| | **2196 Main Street J** | ☐ Unliquidated | |
| | **Dunedin, FL 34698** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Worker's compensation insurance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,932.77** |
| | **RPC Florida, LLC** | ☐ Contingent | |
| | **14 Crestline Court** | ☐ Unliquidated | |
| | **Owings Mills, MD 21117** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Rent__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,074.87** |
| | **Seko Worldwide** | ☐ Contingent | |
| | **1100 Arlington Heights Road** | ☐ Unliquidated | |
| | **Suite 600** | ☐ Disputed | |
| | **Itasca, IL 60143** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Materials__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
| | **Skillpath** | ☐ Contingent | |
| | **6900 Squibb Road** | ☐ Unliquidated | |
| | **Mission, KS 66202** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$784.29** |
| | **Stafast** | ☐ Contingent | |
| | **5005 Lake Shore Blvd.** | ☐ Unliquidated | |
| | **Painesville, OH 44077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Materials__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$340.95** |
| | **Suburban Propane** | ☐ Contingent | |
| | **6991 15th St. E.** | ☐ Unliquidated | |
| | **Sarasota, FL 34243** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Utilities__ | |
| | Last 4 digits of account number __1564__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$545.70** |
| | **Sun 3D** | ☐ Contingent | |
| | **2550 N Powerline Road** | ☐ Unliquidated | |
| | **Suite 104** | ☐ Disputed | |
| | **Pompano Beach, FL 33069** | | |
| | Date(s) debt was incurred _ | Basis for the claim: __Materials__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Outdoor By Design LLC**
_____     Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Sun Graphic Text**<br>**2310 Whitfiled Park Avenue**<br>**Sarasota, FL 34243**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Materials**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,683.50** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Super Chem Inc.**<br>**1801 North East Ave**<br>**Sarasota, FL 34234**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Materials**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$720.48** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Superior Rigging & Erecting Co.**<br>**3250 Woodstock Road**<br>**Atlanta, GA 30316**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services and equipment**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$317,348.00** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Supreme Energy**<br>**532 Freeman Street**<br>**Orange, NJ 07050**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,630.95** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**SureCrete Design Problems**<br>**15246 Citrus County Drive**<br>**Dade City, FL 33523**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Materials**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,852.76** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Teco Gas**<br>**PO Box 31318**<br>**Tampa, FL 33631-3318**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Utilities**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,816.07** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Terry Supply Company**<br>**6211 17th Street East**<br>**Bradenton, FL 34203**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Materials**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$85.21** |

| Debtor | **Outdoor By Design LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | <span style="font-size:small">Name</span> | | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$432.60** |
|---|---|---|---|
| | **The Outdoor GreatRoom Company LLC**<br>**14400 Southcross Drive West**<br>**Suite 100**<br>**Burnsville, MN 55306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Materials | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.36** |
|---|---|---|---|
| | **Tri-H Metal Products**<br>**581 21st Street East**<br>**Bradenton, FL 34203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Materials | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|
| | **Trinity Graphic USA Inc**<br>**855 Tallevast Road**<br>**Suite C**<br>**Sarasota, FL 34243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Materials | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,496.58** |
|---|---|---|---|
| | **Trulite Glass & Aluminum Solutions**<br>**3130 63rd Ave East**<br>**Bradenton, FL 34203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Materials | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,127.20** |
|---|---|---|---|
| | **Twitchell**<br>**PO Box 2153**<br>**Birmingham, AL 35287-3490** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Materials | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$742.23** |
|---|---|---|---|
| | **Uline**<br>**PO Box 88741**<br>**Chicago, IL 60680-1741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Materials | |
| | **Last 4 digits of account number**  0192 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,513.37** |
|---|---|---|---|
| | **Ultrafabrics**<br>**PO Box 844254**<br>**Boston, MA 02284-4254** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Materials | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Outdoor By Design LLC** | Case number (if known) | |
|---|---|---|---|

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,048.15 |
|---|---|---|---|

**Universal Foam Products**
**16 Stenersen Lane**
**Suite 4B**
**Cockeysville, MD 21030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Materials__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,707.55 |
|---|---|---|---|

**Victory Packaging**
**PO Box 844138**
**Dallas, TX 75284-4138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Materials__

Last 4 digits of account number __5633__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $310.60 |
|---|---|---|---|

**Vinyl Tech LTD**
**179 Straits Lane**
**Killbuck, OH 44637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Materials__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,509.98 |
|---|---|---|---|

**Water Boy**
**4454 19th Street Ct E**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __LN80__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Water Equipment Technologies**
**451 Interstate Court**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $961.00 |
|---|---|---|---|

**Watson Electric**
**6900 68th Ave.**
**Pinellas Park, FL 33781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Maintenance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $163,400.00 |
|---|---|---|---|

**WebBank**
**c/o Can Capital, Inc.**
**2015 Vaughn Rd., N.W. Bldg 500**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Outdoor By Design LLC**
_____         Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$40,000.00** |

**WMCV Phase 3 SPE, LLC**
**Attn: General Counsel**
**475 S. Grand Central Pkwy**
**Suite 1615**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$31,996.77** |

**Wurth Action Bolt and Tool Company**
**PO Box 1449**
**Lake Worth, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$50,867.04** |

**WWEX**
**801 Laurel Oak Drive**
**Suite 702**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christoher Morrison, Esq.**<br>**1432 First St.**<br>**Suite 1**<br>**Sarasota, FL 34236** | Line **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Mark E. Ferrario, Esq.**<br>**Greenberg Trauig, LLP**<br>**10845 Griffith Peak Drive**<br>**Suite 600**<br>**Las Vegas, NV 89135** | Line **3.87**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                7,825.00 |
| 5b. Total claims from Part 2 | 5b.  + | $         2,471,146.94 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $          2,478,971.94 |

**Fill in this information to identify the case:**

Debtor name    **Outdoor By Design LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of server, calls for monthly payment of $535.00**<br><br>State the term remaining    **15**<br><br>List the contract number of any government contract | **Graybar Financial Services<br>c/o Vendor Services Center<br>ISAOA<br>PO Box 15270<br>Irvine, CA 92623** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of Ricoh C6903, calls for monthly payment of $191.00**<br><br>State the term remaining    **54**<br><br>List the contract number of any government contract | **Great American Financial Services<br>625 First Street SE<br>Cedar Rapids, IA 52401** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of CIS Configurator Software, calls for monthly payment of $825.00**<br>**11**<br><br>List the contract number of any government contract | **Marlin Business Bank<br>300 Fellowship Road<br>Mount Laurel, NJ 08054** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Lease of 7839 Fruitville Road calls for monthly payment of $46,977.00**<br><br>State the term remaining    **99**<br><br>List the contract number of any government contract | **RPC Florida, LLC<br>14 Crestline Ct.<br>Owings Mills, MD 21117** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Outdoor By Design LLC**                                                  Case number (*if known*)  _____
             First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2838 Industrial, calls for a monthly payment of $4,686.00** | |
|---|---|---|---|
| | State the term remaining | **8** | **SRQ Industrial LLC** |
| | List the contract number of any government contract | | **2383 Industrial Road** |
| | | | **Sarasota, FL 34234** |

**Fill in this information to identify the case:**

Debtor name  **Outdoor By Design LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D |
| | | Street | | | ☐ E/F |
| | | _____ | | | ☐ G |
| | | City          State          Zip Code | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **Outdoor By Design LLC**                                          Case No.

                                         Debtor(s)              Chapter      **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donald & Lisa Corning**<br>**967 Carnoustie Way**<br>**Oregon, WI 53575** | | **30%** | **Member** |
| **Erin Corning & Teresa Mueller**<br>**5778 Longwood Lane**<br>**Madison, WI 53711** | | **10%** | **Member** |
| **Jerry & Tammy Camp**<br>**2413 Sonoma Drive W**<br>**Nokomis, FL 34275** | | **40%** | **Member** |
| **Kendra & Jason Farley**<br>**6 Payson Court**<br>**Madison, WI 53719** | | **5%** | **Member** |
| **Michael & Ashley Thomas**<br>**2514 Prairie Road**<br>**Madison, WI 53711** | | **1%** | **Member** |
| **Norman & Jody Shapiro**<br>**31 New Jersey**<br>**Huntington Station, NY 11746** | | **2%** | **Member** |
| **Peter & Allyson Knudsen**<br>**8628 Lake Riley Drive**<br>**Chanhassen, MN 55317** | | **9%** | **Member** |
| **Peter & Nancy Hill**<br>**2876 Deer Creek Run**<br>**Sun Prairie, WI 53590** | | **3%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **May 29, 2020**                        Signature **/s/ Jerry Camp**
                                                         **Jerry Camp**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re **Outdoor By Design LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 29, 2020**

**/s/ Jerry Camp**

**Jerry Camp/President**
Signer/Title

Outdoor By Design LLC
7839 Fruitville Road
Sarasota, FL 34240
.

Benjamin G. Martin, Esq.
Law Offices of Benjamin Martin
1620 Main Street, Ste. 1
Sarasota, FL 34236

United States Trustee
501 E.Polk St., Ste 1200
Tampa, FL 33602

24Capital, LLC
31-10 37th Ave.
Long Island City, NY 11101

AAP Indutrial
1634 Barber Road
Sarasota, FL 34240

Action Upholstery
2227 72nd Ave E
Sarasota, FL 34243

Ad-Vance Talent
3911 Golf Park Loop
Suite 103
Bradenton, FL 34203

Adecco Employment Services
2201 Cantu Ct #103
Sarasota, FL 34232

Airgas
PO Box 734672
Dallas, TX 75373-4672

Alarm & Entertainment Services, Inc
3317 North Chamberlain Blvd
North Port, FL 34286

Aldora Aluminum & Glass
PO Box 41087
Charleston, SC 29423-1087

Alpha Resources, LLC
PO BOX 1550
Windermere, FL 34786

Amerian Industrial Truck Service
3547 53rd Ave W
Bradenton, FL 34210

Anne C. Hazell
103 North Lane
Osprey, FL 34229

Art Precision Metal Products
1465 Strong Ave
Copiague, NY 11726

AT Mold
2451 NW 77th Terrace
Miami, FL 33147

Badger Bob's Plumbing
215 Interstate Blvd.
Sarasota, FL 34240

Benada Aluminum
PO Box 1209
Winter Park, FL 32790-1209

Benefit Intelligence Inc.
4862 Baseline Rd #101
Mesa, AZ 85206

Bill Echols
5204 Beacon Road
Palmetto, FL 34221

CEC Motor and Utility Services
14555 Barber Ave
Warren, MI 48088

Cima Energy Solutions
PO Box 746225
Atlanta, GA 30374-6225

Cintas Fire
PO Box 525414
Cincinnati, OH 45263-6525

Coastal Construction Products
3401 Phillips Hwy
Jacksonville, FL 32207

Commercial Fire & Communicatons
PO Box 1350
Largo, FL 33779-1350

Commerical Visions
Tammy Camp
2413 Donoma Dr W
Nokomis, FL 34275

Compressed Air Systems
9303 Stannum Street
Tampa, FL 33619

Cool Today Plumbing
6143 Clark Center Ave.
Sarasota, FL 34238

Copies Plus Inc.
1680 South Tamiami Trail
Unit B
Venice, FL 34293-1601

Cornerstone Global Services
5550 Executive Drive
Suite 240
Tampa, FL 33609

Coverall
2955 Momemtum Place
Chicago, IL 60689

FedEx Freight
PO Box 223125
Pittsburgh, PA 15251-2125

International Casual Furnishings
1912 Eastchester Drive
Suite 100
High Point, NC 27265

Department of Financial Services
Division of Worker's Compensation
Tallahassee, FL 32314

Final Finish
1510 9th St W
Bradenton, FL 34205

James D. Milligan
P.O. Box 2057
Traverse City, MI 49685

Eastern Metal Supply Company
3600 23rd Ave South
Lake Worth, FL 33461

FL Elevator
4230 Derek Way
Sarasota, FL 34233

Jive Communications
2570 W. 600 N.
Lindon, UT 84042

Edmunds Metal
6111 15th Street East
Bradenton, FL 34203

Florida Dept. of Revenue
5050 W. Tennesssee St.
Tallahassee, FL 32399-0110

K-M Industrial Products, Inc.
PO Box 1285
620 Monroe St
Oxford, GA 30054

Executive Express Carrier Services
2510 Tamiami Trail N #A
Nokomis, FL 34275

Four Winds Network
72 Saraosta Center Blvd.
Sarasota, FL 34240

Lample Stamping and Manufacturing
2908 29th ave East, Suite B
Bradenton, FL 34208

Express Garden
B1-101 & 201
40 Da Jung Zhong Road
Guangzhou, China 510095

Graybar Financial Services
c/o Vendor Services Center
ISAOA
PO Box 15270
Irvine, CA 92623

Mac Papers
PO Box 930513
Atlanta, GA 31193-0513

Fahey Pest & Lawn Maintenance
PO Box 4093
Sarasota, FL 34230

Great American Financial Services
625 First Street SE
Cedar Rapids, IA 52401

Marlin Business Bank
300 Fellowship Road
Mount Laurel, NJ 08054

Fasco Distributors
4450 Greenwood Stables
Sarasota, FL 34235

Great Leisure USA, LLC
6264 Nesbit Road
Fitchburg, WI 53719

Matthew McCormick
390 Main Street
Suite 2
Barrington, MA 02130

Fastenal
PO Box 978
Winona, MN 55987-0978

Green Capital Funding, LLC
116 Nassau Street
Suite 804
New York, NY 10038

MLC Cad Systems
4625 W William Cannon Drive
Austin, TX 78749

FedEx Parcel
PO Box 660481
Dallas, TX 75266-0481

GS1
PO Box 78000
Detroit, MI 48278-1271

Outdoor Experience
5204 Beacon Road
Palmetto, FL 34221

Palm Printing
6001-A Business Blvd
Sarasota, FL 34240

Patio Products
4201 North Dixie Hwy
Boca Raton, FL 33431

PCA Corrugated & Display, LLC
PO Box 12485
Newark, NJ 07101-3585

Peidmont Plastics
PO Box 931291
Atlanta, GA 31193-1291

Pillows & Fibers Inc.
605 West 17th Street
Hialeah, FL 33010

Porter Precision Products
2734 Banning Road
Cincinnati, OH 45239

Quest Diagnostics
PO Box 740709
Atlanta, GA 30374-0709

Regions Bank
201 Milan Parkway
Birmingham, AL 35211

Regions Bank
P.O. Box 11007
Birmingham, AL 35288-0001

Revenue Systems Inc
2196 Main Street J
Dunedin, FL 34698

Rosenthal and Rosenthal, Inc.
1370 Broadway
New York, NY 10018

RPC Florida, LLC
14 Crestline Court
Owings Mills, MD 21117

RPC Florida, LLC
14 Crestline Ct.
Owings Mills, MD 21117

Seko Worldwide
1100 Arlington Heights Road
Suite 600
Itasca, IL 60143

Skillpath
6900 Squibb Road
Mission, KS 66202

SRQ Industrial LLC
2383 Industrial Road
Sarasota, FL 34234

Stafast
5005 Lake Shore Blvd.
Painesville, OH 44077

Suburban Propane
6991 15th St. E.
Sarasota, FL 34243

Sun 3D
2550 N Powerline Road
Suite 104
Pompano Beach, FL 33069

Sun Graphic Text
2310 Whitfiled Park Avenue
Sarasota, FL 34243

Super Chem Inc.
1801 North East Ave
Sarasota, FL 34234

Superior Rigging & Erecting Co.
3250 Woodstock Road
Atlanta, GA 30316

Supreme Energy
532 Freeman Street
Orange, NJ 07050

SureCrete Design Problems
15246 Citrus County Drive
Dade City, FL 33523

Teco Gas
PO Box 31318
Tampa, FL 33631-3318

Terry Supply Company
6211 17th Street East
Bradenton, FL 34203

The Outdoor GreatRoom Company LL
14400 Southcross Drive West
Suite 100
Burnsville, MN 55306

Tri-H Metal Products
581 21st Street East
Bradenton, FL 34203

Trinity Graphic USA Inc
855 Tallevast Road
Suite C
Sarasota, FL 34243

Trulite Glass & Aluminum Solutions
3130 63rd Ave East
Bradenton, FL 34203

Twitchell
PO Box 2153
Birmingham, AL 35287-3490

WMCV Phase 3 SPE, LLC
Attn: General Counsel
475 S. Grand Central Pkwy
Suite 1615
Las Vegas, NV 89106

Uline
PO Box 88741
Chicago, IL 60680-1741

Wurth Action Bolt and Tool Company
PO Box 1449
Lake Worth, FL 33460

Ultrafabrics
PO Box 844254
Boston, MA 02284-4254

WWEX
801 Laurel Oak Drive
Suite 702
Naples, FL 34108

Universal Foam Products
16 Stenersen Lane
Suite 4B
Cockeysville, MD 21030

Christoher Morrison, Esq.
1432 First St.
Suite 1
Sarasota, FL 34236

Victory Packaging
PO Box 844138
Dallas, TX 75284-4138

Mark E. Ferrario, Esq.
Greenberg Trauig, LLP
10845 Griffith Peak Drive
Suite 600
Las Vegas, NV 89135

Vinyl Tech LTD
179 Straits Lane
Killbuck, OH 44637

Water Boy
4454 19th Street Ct E
Bradenton, FL 34203

Water Equipment Technologies
451 Interstate Court
Sarasota, FL 34240

Watson Electric
6900 68th Ave.
Pinellas Park, FL 33781

WebBank
c/o Can Capital, Inc.
2015 Vaughn Rd., N.W. Bldg 500
Kennesaw, GA 30144