# EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| | Wash Tank | 5 Stage Stainless Steel Pre-treat Wash System with 2 heated stages, Designed for 21ft/min @ average pc price of $150 could produce $59 million a year in 8 hr. shifts | | 9/4/2015 | $ | 750,000 |
| | Oven | 80x100 ft. 400 degree Cure Oven with burners, exhaust and insulated floors with control panel, Designed for 21ft/min @ average pc price of $150 could produce $59 million a year in 8 hr. shifts | | 9/4/2015 | $ | 350,000 |
| | Oven | 60x50 ft. Dry Off 400 degree Convection Oven with burners and exhaust with control panel, Designed for 21ft/min @ average pc price of $150 could produce $59 million a year in 8hr shifts | | 9/4/2015 | $ | 200,000 |
| | Booth | Down Draft Paint Booth with air conditioned storage room, capacity of at current piece price, of 59 million annually | | 9/4/2015 | $ | 25,000 |
| Torit | | Cyclone Paint Collection System with add on | | 9/4/2015 | $ | 15,000 |
| Torit | | Torit Dust Collector #2 | | 9/4/2015 | $ | 7,500 |
| | Press | 5 Station Press | S/N SEVE-110876 | 9/4/2015 | $ | 10,000 |
| Pines | Bender | Pines Bender #1 | S/N 106-11A-54-2237 | 9/4/2015 | $ | 7,500 |
| Ming Jen | Bender | NC High Speed Pipe Bender | | 9/4/2015 | $ | 7,500 |
| Pines | Bender | S/N 11030-91023 | | 9/4/2015 | $ | 7,500 |
| J. Herbek | Crane | Overhead Crane 5 ton | S/N 2986 | 9/4/2015 | $ | 5,000 |
| Cemco | Press | Break Press | S/N A655 300 50 | 9/4/2015 | $ | 2,500 |
| OBI | Bender | Bender Press | | 9/4/2015 | $ | 4,000 |
| Eagle | Bender | Roll Bender BA 35 | S/N 2001B002 | 9/4/2015 | $ | 4,000 |
| | Compactor | Ram Jet Trash Compactor | | 9/4/2015 | $ | 2,000 |
| | Conveyor Track | 2,170 ft. | | 9/4/2015 | $ | 5,000 |
| | Conveyor Chain | 2,170ft | | 9/4/2015 | $ | 21,700 |
| | Conveyor Drive | Conveyor Drive System x2 | | 9/4/2015 | $ | 5,000 |
| | Oven | Bake Off Furnace | | 9/4/2015 | $ | 2,500 |
| | Geema Paint Guns | Powder Coat Paint Guns | | 9/4/2015 | $ | 7,500 |
| Central | Drill | Milling Machine | | 9/4/2015 | $ | 2,500 |
| Milford | Saw | Band Saw | | 9/4/2015 | $ | 2,500 |
| | Strap Cutter | | | 9/4/2015 | $ | 5,000 |
| Miller | Welder | 320A Welder | S/N N296244 | 9/4/2015 | $ | 3,000 |
| Caterpillar | Forklift | Caterpillar High Lift 50 | S/N 4PD00329 | 9/4/2015 | $ | 4,000 |
| Miller | Welder | Syncrowave 350 LX | S/N ME200163L | 9/4/2015 | $ | 5,000 |
| Miller | Welder | Syncrowave 250 DX | S/N ME320002L | 9/4/2015 | $ | 4,000 |
| | Drill | Self Advancing Multi Drill | | 9/4/2015 | $ | 2,000 |
| | Hoppers | Paint Hoppers (x10) | | 9/4/2015 | $ | 4,000 |
| Lincoln | Welder | Square Wave Tig 275 Welder | w/ cooler | 9/4/2015 | $ | 2,500 |
| | Forklift | Battery Operated Forklift | S/N 341845 | 9/4/2015 | $ | 2,500 |
| Miller | Welder | KG 246949 Syncrowave 250 | | 9/4/2015 | $ | 3,000 |
| Miller | Welder | Syncrowave 250 | S/N KG048640 | 9/4/2015 | $ | 3,000 |
| Lincoln | Welder | Syncrowave Tig 275 | | 9/4/2015 | $ | 3,000 |
| Lincoln | Welder | Syncrowave Tig 275 | | 9/4/2015 | $ | 3,000 |
| Miller | Welder | Syncrowave 250 | S/N MB290225L | 9/4/2015 | $ | 3,000 |
| Lincoln | Welder | Syncrowave Tig 275 | | 9/4/2015 | $ | 3,000 |
| Yale | Forklift | S/N E187V038406 | | 9/4/2015 | $ | 4,000 |
| Burke | Punch | Hydraulic Multi Punch | | 9/4/2015 | $ | 1,500 |
| | Bender | Diacro Bender | | 9/4/2015 | $ | 1,500 |
| | Bender | Tauring Roll Bender 2176 | | 9/4/2015 | $ | 1,500 |
| Hebo | Bender | Curl Machine | S/N AS-0595-1694 | 9/4/2015 | $ | 1,500 |
| | Scaffolding | Multi Level Scaffolding | | 9/4/2015 | $ | 1,500 |
| | Punch | Multiple Press/Punch Frames (x8) | | 9/4/2015 | $ | 500 |
| Miller | Welder | Miller 250 | | 9/4/2015 | $ | 3,000 |
| | Strap Oven | Long Strap Oven | | 9/4/2015 | $ | 1,500 |
| Dell | Desktop | Desktop Computer (x7) | | 9/4/2015 | $ | 1,400 |
| Allen | Punch | Multi Punch | | 9/4/2015 | $ | 1,500 |
| Allen | Press | 12 ton | S/N FM12-1 | 9/4/2015 | $ | 2,500 |
| | Scarfer | Scarfing Machine with clamps and piston that slides center tray across blade | | 9/4/2015 | $ | 2,500 |
| | Saw | Whirlwind Saw | | 9/4/2015 | $ | 1,500 |
| | Saw | Dual Angle Chop Saw | | 9/4/2015 | $ | 2,500 |
| | Grinders | Multiple Grinding Tools | | 9/4/2015 | $ | 2,000 |
| | Bender | Roll Bender | S/N 4Z732C | 9/4/2015 | $ | 1,500 |
| | Cooler | SS Cooler #1 for Welders | 48x96x36 | 9/4/2015 | $ | 1,000 |
| | Cooler | SS Cooler #2 for Welders | | 9/4/2015 | $ | 1,000 |
| Torit | Filter | S/N IG051936 (x2) | | 9/4/2015 | $ | 1,000 |
| HP | Laptop | 4 Laptops | | 9/4/2015 | $ | 1,200 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Delta | Saw | Radial Arm Saw Model 10 Deluxe | | 9/4/2015 | $ | 500 |
| Delta | Saw | Radial Saw S/N 85K27068 | | 9/4/2015 | $ | 500 |
| Grizzly | Saw | | | 9/4/2015 | $ | 1,000 |
| Various | Hand Tools | Various hand tools | | 9/4/2015 | $ | 1,000 |
| | Drill | Horizontal Drill with clamps | | 9/4/2015 | $ | 250 |
| | Punch | Air Punch | | 9/4/2015 | $ | 500 |
| | Saw | Chop Saw | | 9/4/2015 | $ | 1,000 |
| | Foam Cutter | S/N 3101185 | | 9/4/2015 | $ | 750 |
| Mack | Foam Cutter | Model KS-AU V | 5/N 807139 | 9/4/2015 | $ | 750 |
| | Strap Oven | | | 9/4/2015 | $ | 250 |
| | Tape Machine | | | 9/4/2015 | $ | 750 |
| | Tape Machine | | | 9/4/2015 | $ | 750 |
| | Press | TS Cup Machine | | 9/4/2015 | $ | 500 |
| MSC | Saw | Band Saw | S/N 37CQ869 | 9/4/2015 | $ | 500 |
| Burke | Drill | Horizontal Drill w/ air clamp | | 9/4/2015 | $ | 700 |
| Ryobi | Saw | Table Saw | | 9/4/2015 | $ | 200 |
| Delta | Delta | 16" Band Saw S/N 643793A88 | | 9/4/2015 | $ | 200 |
| Central | Drill Press | 20" Drill Press # 39955 | E172674 | 9/4/2015 | $ | 400 |
| Dayton | Drill Press | 20" Drill Press | Model 6W281C | 9/4/2015 | $ | 400 |
| Dayton | Drill Press | 16" Drill Press | Model 4CY86 | 9/4/2015 | $ | 400 |
| Dayton | Drill Press | 14" Drill Press | Model 3Z917C | 9/4/2015 | $ | 400 |
| | Bender | Hand Bender | | 9/4/2015 | $ | 300 |
| MSC | Saw | Band Saw | 5/N 05333S | 9/4/2015 | $ | 250 |
| | Sander | Belt Sander | S/N 803309 | 9/4/2015 | $ | 250 |
| Dayton | Drill Press | 20" Drill Press | Model # 32919F | 9/4/2015 | $ | 400 |
| DeWalt | Chop Saw | 12" Chop Saw    DW 715 | | 9/4/2015 | $ | 150 |
| | Pallet Jack | 5 ton Pallet Jack | | 9/4/2015 | $ | 250 |
| | Hole Puncher | Swatch/Button Punch | | 9/4/2015 | $ | 200 |
| Craftsman | Craftsman | 14" Band Saw S/N 071300025 | | 9/4/2015 | $ | 400 |
| DeWalt | Saw | Chop Saw | | 9/4/2015 | $ | 150 |
| DeWalt | Chop Saw | DW872 | | 9/4/2015 | $ | 150 |
| Central | Drill Press | S/N 0513040137 | | 9/4/2015 | $ | 300 |
| Central | Drill Press | | | 9/4/2015 | $ | 300 |
| | Drill Press | WT High Speed Drill Press | Model I200124 | 9/4/2015 | $ | 300 |
| | Belt Sander | 5/N 855785 | | 9/4/2015 | $ | 150 |
| Wesco | Hydraulic Dolly | MDL # DPL-54-2222 | S/N 49444 | 9/4/2015 | $ | 200 |
| | Saw | | | 9/4/2015 | $ | 200 |
| Central | Drill Press | 20" Drill Press | | 9/4/2015 | $ | 250 |
| | Saw | Chop Saw | | 9/4/2015 | $ | 150 |
| | Press | Blue Press | | 9/4/2015 | $ | 200 |
| Makita | Chop Saw | | | 9/4/2015 | $ | 150 |
| | Sharpener | Drill Sharpener | S/N 44655 | 9/4/2015 | $ | 150 |
| | Press | Arbor Press Phase II | stock # 260103 | 9/4/2015 | $ | 100 |
| | Grinder | Bench Grinder | S/N 189196 | 9/4/2015 | $ | 50 |
| | Dyes | Multiple Dyes | | 9/4/2015 | $ | 3,000 |
| Kaeser | Dryer | S/N 1003 | | 9/4/2015 | $ | 5,000 |
| Kaeser | Air Compressor | BSD-50 Compressor | S/N 2250 | 9/4/2015 | $ | 20,000 |
| Juki | Surge Machine | MO-6700 Series | S/N 8MoYF21311 | 9/4/2015 | $ | 1,000 |
| Consew | Sewing Machine | Model # 206RB-1 | | 9/4/2015 | $ | 500 |
| Adler | Sewing Machine | Model # 504732 | | 9/4/2015 | $ | 500 |
| Adler | Sewing Machine | 5/N 504750 | | 9/4/2015 | $ | 500 |
| | Cushion Press | S/N 1055M4J | | 9/4/2015 | $ | 500 |
| Adler | Sewing Machine | Long Arm Sewing Machine | S/N 500582 | 9/4/2015 | $ | 1,000 |
| Adler | Sewing Machine | S/N 572605 | | 9/4/2015 | $ | 500 |
| Adler | Sewing Machine | S/N 537627 | | 9/4/2015 | $ | 500 |
| Seiko | Sewing Machine | | | 9/4/2015 | $ | 500 |
| Consew | Sewing Machine | | | 9/4/2015 | $ | 500 |
| Consew | Sewing Machine | 206RB-1 | | 9/4/2015 | $ | 500 |
| | Press | | | 9/4/2015 | $ | 200 |
| | Compactor | Cardboard Compactor/Baler | | 9/4/2015 | $ | 1,000 |
| OBI | Jigs & Fixtures | Multiple Jigs & Fixtures | | 9/4/2015 | $ | 5,000 |
| | Computer | Ascend Electronics | | 11/19/2015 | $ | 700 |
| | Computer | Best Buy | | 12/10/2015 | $ | 872 |
| | CNC Machine/Equip | Celiber | | 11/26/2018 | $ | 104,900 |

**1,694,172.00**