UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

OUTDOOR BY DESIGN LLC     Case No.: 8:20-bk-04253-CED

Debtor.
_____/

## AFFIDAVIT AND FINANCIAL DISCLOSURE IN SUPPORT OF PROPOSED ATTORNEY FOR DEBTOR-IN-POSSESSION

STATE OF FLORIDA    )
                    )
COUNTY OF SARASOTA  )

Before me, the undersigned authority, on this day personally appeared BENJAMIN G. MARTIN, ESQ., who being by me duly sworn, on oath says:

1. I am BENJAMIN G. MARTIN. I am an attorney in solo practice. I am duly admitted to practice in the United States Bankruptcy Court of the Middle District of Florida, and in the State Courts of the State of Florida. I represent the debtor in this Chapter 11 case. I make this affidavit in compliance with the provisions of Sections 327(a) and 329(a) of the Bankruptcy Code and F.R.B.P. 2014(a) and F.R.B.P. 2016(b).

2. Unless otherwise stated, this affidavit is based upon facts of which I have personal knowledge.

3. I am a member of the law firm of LAW OFFICES OF BENJAMIN G. MARTIN with offices at Sarasota, Bradenton and Port Charlotte, Florida, and I have read the Application for Authorization to Employ and Appoint Counsel of Outdoor By Design LLC.

4. In preparing this affidavit, I reviewed the debtor's bankruptcy schedules and lists that have been filed with the court. I also compared the information contained in those schedules and lists with the information contained on my office's former and present client list. The facts stated in this affidavit as to the relationship between my firm, and the debtor's, the debtor's creditors, other parties in interest, their respective attorneys and accountants, the United States trustee, other persons employed by the office of the United States trustee, and those persons and entities who are defined as not disinterested persons in Section 101(14) of the Bankruptcy Code are based upon the review of my firm's client lists.

5. My law firm's client lists are comprised of records regularly maintained in the course of business of the firm, and it is the regular practice of the firm to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I am one of the persons who keeps this system up-to-date, and I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

6. Other than filing a Motion to Quash Service of Process in an eviction case which was commenced several weeks before the bankruptcy petition, my firm has not previously represented the debtor. I am not currently representing insiders of the Debtor.

7. I do not presently represent a creditor, general partner, lessor, lessee, party to an executory contract of the debtor, or person otherwise adverse or potentially adverse to the debtor or estate, on any matter, whether such representation is related or unrelated to the debtor or the estate.

8. I have not previously represented a creditor, general partner, lessor, lessee, party to an executory contract, or person who is otherwise adverse or potentially adverse to the debtor or the

estate, on any matter substantially related to the bankruptcy case.

9. On March 27, 2020 I received the sum of $15,000.00 for an attorney fees retainer to represent the above-named debtor in this case. From that sum I was paid $6,030.00 for pre-petition legal services. Accordingly, I have a retainer of $8,970.00 for attorney's fees. Other than that, I have not been paid any fees pre-petition nor do I hold a security interest, guarantee or other assurance of compensation for services performed and to be performed in the case

10. There is no agreement of any nature as to the sharing of any compensation to be paid to the firm.

11. I do not have any other connection with the debtor, creditors, United States Trustee, or any employee of that office, or any other parties in interest.

12. I do not have any other interest, direct or indirect, that may be affected by the proposed representation.

13. This concludes my affidavit.

FURTHER AFFIANT SAYETH NAUGHT

_____
BENJAMIN G. MARTIN, ESQ.

SWORN and SUBSCRIBED before me by means of __X__ physical presence or _____ online notarization, this __5th__ day of June, 2020 by BENJAMIN G. MARTIN, Esq. of the Law Office of Benjamin G. Martin __X__ who is personally known to me or who _____ has produced a Florida Driver's license as identification.

_____
Amy J. Truss
Notary Public, State of FLORIDA
My Commission Expires: 8/31/2023

AMY J. TRUSS
Commission # GG 359519
Expires August 31, 2023
Bonded Thru Budget Notary Services