**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:20-bk-04253-CED |
| OUTDOOR BY DESIGN LLC, | Chapter 11 |
| Debtor. _____ / | |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing in this case will be held on **Monday, January 25, 2021, at 2:00 p.m.** Tampa, FL – Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida, before the Honorable Caryl E. Delano, Bankruptcy Judge, to consider and act upon the following and transact such other business that may come before the Court:

**TAIZHOU YUANDA INVESTMENT GROUP CO., LTD. AND**
**TAIZHOU YUANDA FURNITURE CO., LTD.'S MOTION TO COMPEL**
**[DOC. NO. 91]**

1. The hearing may be continued upon announcement made in open Court without further notice.

2. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

3. Telephonic Appearance Requirement. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all preliminary and non-evidentiary hearings by telephone. For Judge Delano, parties should arrange a telephonic appearance through Court Call (866-582-6878).

Dated: January 22, 2021.

                                           Respectfully submitted,

                                           */s/ Megan W. Murray*
                                           Megan W. Murray
                                           Florida Bar. No. 0093922
                                           UNDERWOOD MURRAY, P.A.
                                           Regions Building
                                           100 N. Tampa St., Suite 2325
                                           Tampa, FL  33602
                                           Tel: (813) 540-8402

Fax: (813) 553-5345
Email: mmurray@underwoodmurray.com

*Attorneys for Taizhou Yuanda Ivestment Group Co., Ltd., Taizhou Yuanda Furniture Co., Ltd., and Taizhou Yuanda Travelling Articles Co., Ltd.*

- and –

Jason M. Torf *(pro hac vice pending)*
Justin Steffen *(pro hac vice pending)*
ICE MILLER LLP
200 W. Madison St., Suite 3500
Chicago, IL  60606
Tel: (312) 726-6244
Email: jason.torf@icemiller.com
justin.steffen@icemiller.com

*Co-Counsel to Taizhou Yuanda Investment Group Co., Ltd. and Taizhou Yuanda Furniture Co., Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court and has been furnished electronically to all those parties registered to receive service via CM/ECF this 22nd day of January, 2021.

/s/ Megan W. Murray
Megan W. Murray
Florida Bar No. 0093922