ORDERED.

**Dated: February 05, 2021**

*[Signature]*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:20-bk-04253-CED |
| OUTDOOR BY DESIGN LLC, | Chapter 11 |
| Debtor._____/ | |

**ORDER GRANTING TAIZHOU YUANDA INVESTMENT GROUP CO., LTD.**
**AND TAIZHOU YUANDA FURNITURE CO., LTD.'S MOTION TO COMPEL**
(Doc. No. 91)

This matter came on for hearing on February 3, 2021 at 1:30 p.m. (the "Hearing") on Taizhou Yuanda Investment Group Co., Ltd. ("TZY Investment") and Taizhou Yuanda Furniture Co., Ltd. ("TZY Furniture," together with TZY Investment, "TZY"), Motion to Compel (the

"Motion") (Doc. No. 91).  The Court, being advised in the premises and hearing argument from counsel for TZY and the Debtor, finds good cause to grant the Motion.  Accordingly, it is:

ORDERED:

1) The Motion is Granted.

2) By no later than March 5, 2021, the Debtor is ordered to respond to the Request for Production contained in the Subpoena and to produce a representative or representatives to testify as to the deposition topics identified in the Subpoena.[1]

\*\*\*Attorney Megan W. Murray, Esq., is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file proof of service within three days of the entry of this Order.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.