**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:   Case No. 8:20-bk-04253-CED

OUTDOOR BY DESIGN LLC,   Chapter 11

      Debtor.
_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the Court's Orders listed below that were filed with the Clerk of Court, have been furnished electronically to those parties registered to receive service via CM/ECF on February 8, 2021, and February 9, 2021, respectively, including the United States Trustee, who is registered to receive electronic notices in this case.

| DOC. NO. | DESCRIPTION | DATE ENTERED / DATE SERVED |
|---|---|---|
| 102 | Order Sustaining Taizhou Yuanda Investment Group Co., Ltd. And Taizhou Yuanda Furniture Co., Ltd.'s Objection to Order Granting Motion to 'Dismiss Chapter 11 Case (Doc. No. 77) | Entered February 8, 2021 Served February 8, 2021 via ECF |
| 103 | Order Granting Taizhou Yuanda Investment Group Co., Ltd. And Taizhou Yuanda Furniture Co., Ltd.'s Motion to Compel (Doc. No. 91) | Entered February 9, 2021 Served February 9, 2021 via ECF |

    Dated: February 10, 2021.

                                  Respectfully submitted,

                                  */s/ Megan W. Murray*
                                  Megan W. Murray
                                  Florida Bar. No. 0093922
                                  UNDERWOOD MURRAY, P.A.
                                  Regions Building
                                  100 N. Tampa St., Suite 2325
                                  Tampa, FL  33602
                                  Tel: (813) 540-8402
                                  Fax: (813) 553-5345
                                  Email: mmurray@underwoodmurray.com

*Attorneys for Taizhou Yuanda Ivestment Group Co., Ltd., Taizhou Yuanda Furniture Co., Ltd., and Taizhou Yuanda Travelling Articles Co., Ltd.*

- and –

Jason M. Torf *(admitted pro hac vice)*
Justin Steffen *(admitted pro hac vice)*
ICE MILLER LLP
200 W. Madison St., Suite 3500
Chicago, IL  60606
Tel: (312) 726-6244
Email:  jason.torf@icemiller.com
           justin.steffen@icemiller.com

*Co-Counsel to Taizhou Yuanda Investment Group Co., Ltd. and Taizhou Yuanda Furniture Co., Ltd.*