ORDERED.

Dated: **March 04, 2021**

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

OUTDOOR BY DESIGN, LLC                Case No.: 8:20-bk-04253-CED

Debtor.
_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

THIS CAUSE came before the Court for consideration of the Motion To Withdraw as Counsel filed by Benjamin G. Martin, Esq. (Doc. No. 98) (the "Motion"), pursuant to negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the Motion by any party in interest, deems the Motion to be uncontested. Accordingly, it is

ORDERED that:

1. The Motion is GRANTED.

2. Counsel for Debtor, Benjamin G. Martin, Esq., is relieved of any and all further responsibility in connection with this Chapter 7 case.

3. Future pleadings, notices and other correspondence shall be served upon the Debtor at the addresses below:

Outdoor By Design, LLC
c/o Members, Jerry & Tammy Camp
2413 Sonoma Drive W
Nokomis, FL 34275

Outdoor By Design, LLC
c/o Members, Donald & Lisa Corning
967 Carnoustie Way
Oregon, WI 53575

Attorney Benjamin G. Martin, Esq., is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file proof of service within three days of the entry of this Order.