# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

| Case No: | 20-04253 CED   Judge: Caryl E. Delano | Trustee Name: | ANGELA WELCH, TRUSTEE |
|---|---|---|---|
| Case Name: | OUTDOOR BY DESIGN, LLC | Date Filed (f) or Converted (c): | 02/04/21 (c) |
| | | 341(a) Meeting Date: | 03/09/21 |
| For Period Ending: 03/31/22 | | Claims Bar Date: | 04/15/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS Regions ck 8435 | 175.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS Regions ck 5692 | 14,779.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS Regions ck 6109 | 291,594.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS Park Bank 9303 | 150.00 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE | 233,200.00 | 0.00 | | 0.00 | FA |
| 6. INVENTORY | 354,262.00 | 0.00 | | 0.00 | FA |
| 7. INVENTORY | 216,822.00 | 0.00 | | 0.00 | FA |
| 8. INVENTORY | 258,011.00 | 0.00 | | 0.00 | FA |
| 9. VEHICLES 2006 Dodge Caravan | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. MACHINERY AND SUPPLIES printer | 25,000.00 | 0.00 | | 0.00 | FA |
| 11. MACHINERY AND SUPPLIES misc equipment | 1,694,100.00 | 0.00 | | 0.00 | FA |
| 12. CONTINGENT CLAIMS Possible COA (u) | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |
| TOTALS (Excluding Unknown Values) | $3,090,093.00 | $1,500.00 | | $0.00 | Gross Value of Remaining Assets $1,500.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-2/5/22 rev poc

-12/5/21 ongoing doc review

-9/21 reviewing docs

-9/28/21 discuss case w/ atty

-7/15/21 discuss case w/ atty

-4/21 341 held and concluded.  working on obtaining docs from banks

LFORM1

Ver: 22.04a

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| | |
|---|---|
| Case No: 20-04253 CED Judge: Caryl E. Delano | Trustee Name: ANGELA WELCH , TRUSTEE |
| Case Name: OUTDOOR BY DESIGN, LLC | Date Filed (f) or Converted (c): 02/04/21 (c) |
| | 341(a) Meeting Date: 03/09/21 |
| | Claims Bar Date: 04/15/21 |

-3/23/21 no shows at 341 - no d atty, no d rep, have no docs, con't

-3/9/21 no one appeared for D at 341  no d rep no d atty (w/drew)

-2/4/21 Converted from Ch. 11 to Ch. 7

Initial Projected Date of Final Report (TFR): 12/31/22    Current Projected Date of Final Report (TFR): 12/31/22

LFORM1

Ver: 22.04a